# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| JIMMY E. CRIBB, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. |
| | : 2:17-CV-61-RWS |
| BR MOUNTAIN HOMES, LLC, et al., | : |
| Defendants. | : |

## **ORDER**

This matter is before the Court on Plaintiff's Motion for Oral Argument [Doc. No. 96], which is GRANTED. This case is set for oral argument on October 17, 2018, at 10:00 AM in Courtroom 303, United States Courthouse, 121 Spring Street SE, Gainesville, Georgia.

**SO ORDERED**, this 18th day of September, 2018.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)